# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REFUGE CHURCH OF OUR LORD JESUS CHRIST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHURCH MUTUAL INSURANCE COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:14-cv-01251-CAP |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Refuge Church of Our Lord Jesus Christ and Defendant Church Mutual Insurance Company, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal with Prejudice.

[*SIGNATURES APPEAR ON THE FOLLOWING PAGE*]

Respectfully submitted this 13ʰ day of January, 2014.

/s/ Jeffrey D. Diamond
Jefffrey D. Diamond
Georgia Bar No. 599994
Law Offices of Jeffrey D. Diamond
3330 Cumberland Blvd., Suite 600
Atlanta, GA 30339
404-814-0000
jdiamond@diamlaw.com

Attorney for Plaintiff

/s/ Scott Hunziker
Bill L. Voss
Scott G. Hunziker
The Voss Law Firm, PC
The Voss Law Center
26619 Interstate 45 South
The Woodlands, TX 77380
731-861-0014
bill@vosslawfirm.com
scott@vosslawfirm.com

Attorneys for Plaintiff

/s/ Paul W. Burke
Paul W. Burke
Georgia Bar No. 095642
Eric R. Mull
Georgia Bar No. 556860
Drew Eckl & Farnham, LLP
880 W. Peachtree Street
Atlanta, GA  30309

Attorneys for Defendant

 Counsel for the parties certify that this pleading complies with Local Rule 7.1D.

5587714/1
00120-083717